UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONNA Y. SWEET,

**Plaintiff,**

v.

Case No: 5:17-cv-33-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

**Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Donna Y. Sweet's appeal from a final decision of the Commissioner of Social Security (the "Commissioner") denying her application for Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On January 8, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the ALJ's decision be affirmed (Doc. 22), to which Sweet filed objections (Doc. 23) and the Commissioner filed a response (Doc. 24).

The ALJ's finding are supported by substantial evidence, and the ALJ applied the proper legal analysis to Sweet's disability claims. After *de novo* review of the portions of the Report and Recommendation to which Sweet properly objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 22) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 14.)

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this _1_ day of March, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record